COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS



ANTHONY INDEPENDENT SCHOOL
DISTRICT,


 Appellant,


v.


JACOB MORALES,


 Appellee.
§


 


§


 


§


 


§


 


§


 


 § 


No. 08-08-00079-CV



Appeal from the


County Court at Law No. Five


of El Paso County, Texas


(TC#2007-2861)



MEMORANDUM OPINION


 Pending before the Court is the motion of Anthony Independent School District, Appellant,
to dismiss this appeal for the reason that the parties have settled all matters in controversy in the
underlying lawsuit. Appellee has not objected to the motion and there is no indication that dismissal
would prevent Appellee from seeking relief to which he would otherwise be entitled. See Tex. R.
App. P. 42.1(a)(1). We therefore grant the motion and dismiss the appeal.


 KENNETH R. CARR, Justice

July 31, 2008


Before Chew, C.J., McClure, and Carr, JJ.